**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAMILLE CHEW,

       Plaintiff,                                Case No.: 1:26-cv-06474

v.                                        Judge Joan B. Gottschall

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

**<u>AMENDED SCHEDULE A TO COMPLAINT</u>**

| No. | Defendant |
|-----|-----------|
| 1 | Magical Shopfity |

1