**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Camille Chew

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26–cv–06474
                                                        Honorable Joan B.
                                                        Gottschall

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 31, 2026:

        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to plaintiff's
Notice of Voluntary Dismissal [14] without prejudice, this case is dismissed without
prejudice as to Defendant No. 1, Magical Shopfity. Civil case terminated. Mailed
notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.